# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD RICHARDSON, | No. 2:18-cv-01966 JAM GGH (HC) |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| RICK HILL, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241. ECF No. 1. On October 22, 2018, respondent filed a Motion to Dismiss the petition. ECF No. 10. In and Order filed by this court on August 23, 2018 petitioner was told that if respondent filed a Motion to Dismiss his petition the petitioner was to file either an Opposition or a Statement of Non-Opposition within 30 days of the service of that motion. ECF No. 5. More than 30 days have passed and petitioner has filed nothing.

In light of the foregoing IT IS HEREBY ORDERED that:

Petitioner shall, within 30 days of the date of this Order, show cause why his petition should not be dismissed for failure to prosecute and failure to follow an Order of the Court. See Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated: November 30, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE