UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOWARD RICHARDSON,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | No. 2:18-cv-01966-JAM-GGH<br><br>ORDER |

Petitioner appearing pro se filed a petition for a writ of habeas corpus on July 16, 2018, ECF No. 1, moved to proceed In Forma Pauperis ("IFP"), ECF No. 2, and for appointment of counsel, on the same date. ECF No. 3. On July 30, 2018 petitioner paid the filing fee for the petition and the court terminated the IFP motion. The motion to appoint counsel was denied by an Order dated August 23, 2018 without prejudice to renewal at a later date. ECF No. 5.

On October 22, 2018 respondent filed a motion to dismiss the petition. ECF No. 10. On November 30, 2018 the magistrate judge to whom this matter was referred issued an Order to Show Cause why the matter should not be dismissed for failure to prosecute and failure to follow the court's earlier order regarding filing of opposition to the motion. ECF No. 11. On December

12, 2018 petitioner responded to the Order to Show Cause with a Statement of Non-Opposition to the Motion and a request that the petition be dismissed without prejudice.  ECF No. 12.

    Fed. R. Civ. P 41(a)(1), applicable to this habeas action, provides that a plaintiff may dismiss an action without court order if no answer or motion for summary judgment has been filed.  Therefore, none of the aforementioned motions having been filed, petitioner's dismissal request is self-executing and no order of dismissal need be made.

    In light of the foregoing IT IS HEREBY ORDERED that the Clerk shall close this case.

Dated: December 18, 2018

                                         /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE